**Order entered August 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00815-CV

### IN RE DAVID JOACHIM, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

## ORDER

Before the Court is relator's August 16, 2019 suggestion of bankruptcy showing relator filed a proceeding under Chapter 7 of the United States Bankruptcy Code on August 14, 2019 in the United States Bankruptcy Court, Southern District of Texas, under case no. 19-34546.

Appellant's bankruptcy filing automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2. Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from the Court. *See* TEX. R. APP. P. 8.3.

/s/  CORY L. CARLYLE
    JUSTICE